1    BARRY J. PORTMAN
     Federal Public Defender
2    ANGELA M. HANSEN
     Assistant Federal Public Defender
3    555 - 12th Street, Suite 650
     Oakland, CA 94607-3627
4    Telephone:  (510) 637-3500

5    Counsel for Defendant CASTILLO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
     UNITED STATES OF AMERICA,          )    No. CR-09-00851 DLJ
11                                       )
                         Plaintiff,      )    **STIPULATION AND  ORDER TO**
12                                       )    **CONTINUE SENTENCING HEARING**
     vs.                                 )
13                                       )    Sentencing Date: October 30, 2009
     JESUS CASTILLO-MENDEZ,              )    Requested Date: November 6, 2009
14                                       )
                         Defendant.      )
15   _____)

16        It is hereby stipulated between counsel for Jesus Castillo-Mendez, Angela M. Hansen,

17   and Assistant United States Attorney Dominique Thomas, that the sentencing date of October 30,

18   2009 should be continued to November 6, 2009 at 10:00 a.m.

19        The parties agree to this continuance because the parties need additional time to confirm

20   a prior conviction that may qualify Mr. Castillo for a 12-level enhancement under the sentencing

21   Guidelines.  Probation Officer Sheila John completed the modified presentence investigation

22   report but did not yet receive the records to definitively confirm this prior conviction.  As a

23   result, government counsel has agreed to retrieve the conviction records as soon as possible.  For

24   this reason, the parties respectfully request that the Court continue Mr. Castillo's sentencing date

25   to November 6, 2009.

26

1

2    October 23, 2009                                        /s/
                                                  ANGELA M. HANSEN
3                                                 Assistant Federal Public Defender

4    October 23, 2009                                        /s/
                                                  DOMINIQUE THOMAS
5                                                 Assistant United States Attorney

6

7         I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
     within this efiled document.                          /S/ ANGELA M. HANSEN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the sentencing hearing presently set for October 30, 2009 is hereby continued to November 6, 2009 at 10:00 a.m.

IT IS SO ORDERED.

_October 26, 2009_____
Date

_____
D. LOWELL JENSEN
Senior United States District Judge