1  BARRY J. PORTMAN
Federal Public Defender
2  ANGELA M. HANSEN
Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00851 DLJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE SENTENCING HEARING** |
| vs. | ) | |
| | ) | Sentencing Date: October 30, 2009 |
| JESUS CASTILLO-MENDEZ, | ) | Requested Date: November 6, 2009 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated between counsel for Jesus Castillo-Mendez, Angela M. Hansen, and Assistant United States Attorney Dominique Thomas, that the sentencing date of October 30, 2009 should be continued to November 6, 2009 at 10:00 a.m.

The parties agree to this continuance because the parties need additional time to confirm a prior conviction that may qualify Mr. Castillo for a 12-level enhancement under the sentencing Guidelines. Probation Officer Sheila John completed the modified presentence investigation report but did not yet receive the records to definitively confirm this prior conviction. As a result, government counsel has agreed to retrieve the conviction records as soon as possible. For this reason, the parties respectfully request that the Court continue Mr. Castillo's sentencing date to November 6, 2009.

Stip to Continue Sent. Date, 09-00851 DLJ         1

1

2  October 23, 2009                                        /s/
                                                  ANGELA M. HANSEN
3                                                 Assistant Federal Public Defender

4  October 23, 2009                                        /s/
                                                  DOMINIQUE THOMAS
5                                                 Assistant United States Attorney

6

7      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ ANGELA M. HANSEN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip to Continue Sent. Date, 09-00851 DLJ                    2

1 **ORDER**

2    Based on the reasons provided in the stipulation of the parties above, the sentencing

3 hearing presently set for October 30, 2009 is hereby continued to November 6, 2009 at 10:00

4 a.m.

5    IT IS SO ORDERED.

7  October 26, 2009
   Date                                        D. LOWELL JENSEN
8                                              Senior United States District Judge

Stip to Continue Sent. Date, 09-00851 DLJ              3